United States District Court
District of Connecticut

Wayne World                                 Civil No
     v                                      3:16cv00519(JCH)
CMHC et al

FILED
2017 MAR 9 PM 2 07
U.S. DISTRICT COURT
NEW HAVEN

March 6, 2017

## Notice About Settlement Conference

The plaintiff, Wayne World, pro se, gives Notice to court that, he will personally appear at a settlement conference hearing set by the Court.

Wayne World
Wayne World
P.O. Box 100
Somers CT 06071

## Certification

I hereby certify that on this 7th day of March, 2017, I sent a copy to M.A.G. Madeline Melchionne
110 Sherman Street
Hartford, CT 06105.

Wayne World
Wayne World