## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

WAYNE WORLD                 :        CIV. NO. 3:16CV519 (JCH)

                           :

      v.                    :

                           :

COMMISSIONER SCOTT SEMPLE,

ET AL.                      :        AUGUST 20, 2018

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

Plaintiff and Defendants, through counsel, and by stipulation do hereby agree to

dismissal of the above-referenced case as to the Defendants, with prejudice, and

without costs and fees.

PLAINTIFF
Wayne World


By: _____
Kenneth Krayeske
Law Office of Kenneth Krayeske
255 Main Street, 5th Floor
Hartford, CT 06106
Tel: (860) 995-5842
Fax: (860) 760-6590
E-mail: www.kenkrayeske.com


By: _____
DeVaughn Ward
Ward Law LLC
363 Main Street, 4th Floor
Hartford, CT 06106
Tel: (860) 351 3047
Fax: (860) 471 8406
E-mail: www.attyward.com

DEFENDANTS
Commissioner Scott Semple, et al.

GEORGE JEPSEN
ATTORNEY GENERAL

By:  /s/
_____
Steven R. Strom
Federal Bar #ct01211
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
Fax:  (860) 808-5591
E-mail:  steven.strom@ct.gov


By:  /s/
_____
Madeline A. Melchionne
Federal Bar #ct02029
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
Fax:  (860) 808-5591
E-mail:  madeline.melchionne@ct.gov

## CERTIFICATE OF SERVICE

I hereby CERTIFY that on August 21, 2018, a copy of the foregoing Stipulation of Dismissal was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to access the Court's electronic filing system as listed below. Parties may access this filing through the Court's CM/ECF System.

                                             /s/ Kenneth J. Krayeske
                                        Kenneth J. Krayeske, Esq.

3